**United States Bankruptcy Court**
**Southern District of Ohio**

**In the Matter of**:

Benjamin Phillips, Jr.                                     Case No.: 1:19-bk-12206
Sharon M. Phillips                                         Judge: Buchanon
                                                                          Chapter: 13

**Debtor(s)**

**Notice of Change of Address**

Now comes Debtor, Sharon M. Phillips, who hereby serves notice that her new address is:

       414 Honeycomb Way
       St. Johns, FL 32259

**Debtor's Verification**

I declare, under penalty of perjury, that I have read the attached amendments and that they are true and correct to the best of my knowledge, information and belief.

Date: July 29, 2019

                                                         /s/ Sharon M. Phillips
                                                         Sharon M. Phillips

                                                         Respectfully Submitted,

                                                         **/s/Dennis Risch, Esq.**
                                                         Dennis Risch, Esq. 0008293
                                                         Godbey Law LLC
                                                         Attorney for Debtor(s)
                                                         708 Walnut Street, Suite 600
                                                         Cincinnati, OH 45202
                                                         (513) 241-6650
                                                         (513) 241-6649 fax
                                                         dennis@godbeylaw.com

**Certificate of Service**

I hereby certify that on July 29, 2019, a copy of the foregoing Notice of Change of Address was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

US Trustee

                                                         **/s/Dennis Risch, Esq.**
                                                         Dennis Risch, Esq.0008293