UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In the Matter of:

Benjamin Phillips, Jr.
Sharon M. Phillips

Case No. 1:19-bk-12206
Judge Burks
Chapter 13

Debtor(s)

**OBJECTION TO PROOF OF CLAIM FILED BY <u>HUNTINGTON NATIONAL BANK</u>**

Come(s) now the above-named debtor(s), and respectfully object(s) to the Proof of Claim filed by <u>Huntington National Bank</u>.

Information regarding the objection is as follows:

1. Name and address of claimant:
   Huntington National Bank
   PO Box 89424
   Cleveland, OH 44101-8539

2. Attorney of record and address:
   Michele Lynn Boggs
   PO Box 89424
   Cleveland, OH 44101-8539

3. Date claim filed: June 25, 2019

4. Clerk claim number: 8

5. Grounds for objection: The debt is owed by Dr. Sharon Phillips and Associates, LLC, an Ohio Limited Liability Company registered in the State of Ohio, and is not a personal debt of either debtor in this case.

WHEREFORE, Debtor(s) request(s) that the claim of the creditor be disallowed.

Respectfully Submitted,
<u>/s/Dennis Risch, Esq.</u>
Dennis Risch, Esq. 0008293
Godbey Law LLC
Attorney for Debtor
708 Walnut Street, Suite 600
Cincinnati, OH 45202
(513) 241-6650
(513) 241-6649 fax
Dennis@godbeylaw.com

# **NOTICE**

If the relief sought in this Motion is opposed, a written response to the Motion must be filed within **thirty (30) days of the date of service as set forth in the certificate of service.** The response shall be filed you or your attorney must file with the court a response explaining your position by mailing your response by regular US Mail to US Bankruptcy Court, Atrium II, 221 East Fourth Street, Suite 800, Cincinnati, OH 45202 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date above.

You must also mail a copy of your response either by 1) the court's ECF System or by 2) regular US Mail to:

>   Godbey Law LLC
>   708 Walnut Street, Suite 600
>   Cincinnati, OH 45202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief.

The Court is authorized to grant the relief requested without further notice should a timely response not be filed.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Objection to Proof of Claim was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on August 12, 2019.

      /s/Dennis Risch, Esq.
      Attorney for Debtor(s)

U.S. Trustee
CREDITORS' COUNSEL

And on the following parties via ordinary mail:

Benjamin Phillips, Jr.
Sharon M. Phillips
414 Honeycomb Way
Saint Johns, FL 32259

Huntington National Bank
PO Box 89424
Cleveland, OH 44101-8539

NOTICE ADDRESS FROM PROOF OF CLAIM