IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Benjamin Phillips, Jr. | Case No. 19-12206 |
| Sharon M. Phillips | Chapter 13 |
| Debtors | Judge Beth A. Buchanon |

**Amendment to Schedules**

Come now the Debtors and respectfully amend the following schedules:

1. Schedule J to reflect itemized deductions regarding housing costs and allocation thereof.

Respectfully Submitted,

/s/Dennis Risch, Esq.
Dennis Risch, Esq. 0008293
Godbey Law LLC
Attorney for Debtors
708 Walnut Street, Suite 600
Cincinnati, OH 45202
(513) 241-6650
(513) 241-6649 fax
Dennis@godbeylaw.com

**Debtors' Verification**

We declare, under penalty of perjury, that we have read the attached amendments and that they are true and correct to the best of our knowledge, information and belief.

Date:  October 16, 2019                /s/Benjamin Phillips, Jr
                                       **Benjamin Phillips, Jr.**


                                       /s/Sharon M. Phillips_
                                       Sharon M. Phillips

**Certificate of Service**

I hereby certify that on October 16, 2019, a copy of the foregoing Amendment to Schedules was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

US Trustee
Margaret A. Burks, Ch 13 Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Benjamin Phillips, Jr.
Sharon M. Phillips
414 Honeycomb Way
St. Johns, FL 32259

        /s/Dennis Risch, Esq.
        Dennis Risch, Esq. 0008293